UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLUSEYI ADENIJI,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW YORK CITY POLICE DEPARTMENT,<br><br>       Defendant. | 21-CV-0664 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 22, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 22, 2021
    New York, New York

                     _Louis L. Stanton_
                       Louis L. Stanton
                         U.S.D.J.