UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLUSEYI ADENIJI,, | |
| Plaintiff, | |
| -against- | 21-CV-664 (LTS) |
| NEW YORK CITY POLICE DEPARTMENT, ET AL,, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the February 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 7, 2023
         New York, New York

                                              /s/ Louis L. Stanton
                                                LOUIS L. STANTON
                                            United States District Judge